```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA

        - against -                               19 Cr. 418 (DAB)
                                                       ORDER

Jonathan Carrillo

                Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The sentencing in the above captioned case that was scheduled for Tuesday, January 7, 2020 at 2:30 P.M. is rescheduled to Tuesday, April 14, 2020 at 11:00 A.M.

Time is excluded under the Speedy Trial Act from today until April 14, 2020.

SO ORDERED

DATED:   New York, New York
         December 18, 2019

*Deborah A. Batts*
Deborah A. Batts
United States District Judge