UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,                    1: 19 Cr. 00418 (PAC)

<u>ORDER</u>

   -against-

JONATHAN CARRILLO,

   Defendant.
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

  Pursuant to the sentencing held today, the Court orders the defendant is sentenced to TIME SERVED, subject to Supervised Release and Special Conditions set at sentencing. The defendant is to be released forthwith. See transcript and judgment for details.

Dated: New York, New York
   June 30, 2020.

                SO ORDERED

                _____
                PAUL A. CROTTY
                United States District Judge