USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JONATHAN CARILLO,

Defendant.

19 Cr. 418 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The violation of supervised release hearing scheduled for September 1, 2026, at 1:00 p.m., is ADJOURNED to **September 21, 2026, at 11:00 a.m.** in **Courtroom 15D** at 500 Pearl St., New York, New York, 10007.

SO ORDERED.

Dated: September 1, 2026
New York, New York

ANALISA TORRES
United States District Judge