USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: __9/24/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JONATHAN CARILLO,

Defendant.

19 Cr. 418 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Government's sealed submission to the Court regarding Defendant's access to mental health and medical care while incarcerated was due on September 23, 2026. *See* ECF Docket Entry 9/21/2026. The Government has failed to make its submission. Accordingly, by **5:00 p.m. on September 25, 2026**, the Government shall file, under seal, a letter regarding the status of Defendant's access to mental health and medical care.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge